# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>           v.<br><br>DARRIN WAGNER<br><br>                Defendant. | CR NO: 1:14-CR-00235 LJO SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

**Name of Detainee:** Darrin Wagner
**Detained at:** Tuolumne County Jail - TCJO
**Detainee is:** a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
                      charging detainee with: **18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud**
   or b.) ☐ a witness not otherwise available by ordinary process of the Court

**Detainee will:** a.) ☒ return to the custody of detaining facility upon termination of proceedings
   or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

**Signature:** /s/
**Printed Name & Phone No:** Mia A. Giacomazzi (559) 497-4025
**Attorney of Record for:** United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **[FORTHWITH]**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

**Dated:** Nov 7, 2014

                                        Honorable Stanley A. Boone
                                        U.S. MAGISTRATE JUDGE

---

**Please provide the following, if known:**

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male   ☐ Female | |
| Booking or CDC #: | T020339 – Release date: 2/19/2015 | DOB: | 7/11/1965 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | 373932CA1 |
| Currently | | | |

---

### RETURN OF SERVICE

**Executed on:** _____      _____
                                                  (signature)