BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>ELISHIA TROTTER,<br><br>                            Defendant. | CASE NO. 1:14-CR-00235-LJO-SKO-2<br><br>MOTION TO DISMISS COMPLAINT; DECLARATION; ORDER |

The United States of America ("the government"), by and through Benjamin B. Wagner, United States Attorney and Mia A. Giacomazzi, Assistant United States Attorney, moves this Court for permission to dismiss the indictment as to defendant Elishia Trotter ("Ms. Trotter") in Case No. 1:14-cr-235-2 LJO SKO.  This motion does not affect the indictment against co-defendant Darrin Wagner.

Good cause exists to dismiss the indictment against Ms. Trotter in the interest of justice, and pursuant to Fed. R. Crim. P. 48(a), because the government received information that Ms. Trotter is deceased.  For these reasons, and in the interest of justice, the government moves to dismiss the indictment against her.

**Declaration**

I, Mia A. Giacomazzi, declare under penalty of perjury that I am an Assistant United States Attorney for the Eastern District of California.  I received information from Pretrial Services that Elishia Trotter passed away in November 2014.  In December 2014, I received and reviewed a police report prepared by the Reedley Police Department that confirms this information.  I can attest that the

1

preceding statements are true.

Dated: December 31, 2014.

BENJAMIN B. WAGNER
United States Attorney

  /s/ Mia A. Giacomazzi
MIA A. GIACOMAZZI
Assistant United States Attorney

**ORDER**

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment in Case Number 1:04-cr-00235-LJO-SKO-2 shall be DISMISSED as to defendant Elishia Trotter.  The case shall remain open and active against co-defendant Darrin Wagner.

IT IS SO ORDERED.

Dated:   **December 31, 2014**             /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE